**KEURIG, INCORPORATED,**
**Plaintiff–Appellant,**

v.

**JBR, INC. (doing business as Rogers Family Company), Defendant–Appellee.**

No. 2013–1478.

United States Court of Appeals, Federal Circuit.

March 12, 2014.

---

Michael A. Albert, Wolf, Greenfield & Sacks, P.C., of Boston, MA, argued for plaintiff-appellant. With him on the brief were Gerald B. Hrycyszyn and Chelsea A. Loughran.

Thomas M. Peterson, Morgan, Lewis & Bockius LLP, of San Francisco, CA, argued for defendant-appellee. With him on the brief was Daniel Johnson, Jr.

LOURIE, O'MALLEY, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**